BERZON, Circuit Judge,
concurring:
I concur with the caveat I explain in more detail in my separate opinion in United States v. Hieng, 679 F.3d 1131 (9th Cir.2012): Although I agree with the conclusion that United States v. Nazemian, 948 F.2d 522 (9th Cir.1991), is not so “clearly irreconcilable,” Miller v. Gammie, 335 F.3d 889, 900 (9th Cir.2003) (en banc), with Crawford v. Washington, 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004), as to permit a three-judge panel to overrule Nazemian, I believe the continued vitality of Nazemian after Crawford is an issue that merits en banc review in an appropriate case.